DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOYLE & DRAKE, INC.,**
Appellant,

v.

**PELICAN VIEW PROJECT, LLC,**
Appellee.

No. 4D17-1807

[July 19, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312013CA000477.

Robert M. Ureta of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for appellant.

Glenn Williams and Michelle L. Rivera of Williams Law Firm, Winter Park, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***